IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALLEY FORGE MILITARY ACADEMY FOUNDATION, ET AL. | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 09-2373 |
| VALLEY FORGE OLD GUARD, INC., ET AL. | : : | |

# O R D E R

**AND NOW**, this  2nd  day of  June , 2014, upon consideration of Defendants' Motion to Dismiss (ECF No. 4), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**